Michael Siderius
SIDERIUS, LONERGAN & MARTIN, LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206)624-2800

Hon. Brian D. Lynch
Chapter 7
Hearing date: Wed., Jan. 15, 2020
at 9:00 a.m.
Response date: 1/8/20

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

GREGORY R. DUCHARME, KIMBERLY D. DUCHARME,

Debtors.

NO. 19-43703-BDL

MOTION OF SECURED CREDITOR MOUNTAIN AMERICA CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Mountain America Credit Union by and through its attorneys, Siderius, Lonergan & Martin, LLP, and moves the court for relief from the automatic stay provisions of 11 USC § 362. Said secured creditor holds a perfected security in a 2018 Keystone Hideout RV automobile. Secured creditor Mountain America Credit Union requests relief from the stay to allow repossession of said vehicle. Secured party also requests waiver of the provisions of BR 4001 (a)(3) so that it may forthwith commence or continue repossession through appropriate legal channels. The factual basis for this motion is set forth in the declaration submitted herewith.

DATED this 12th day of December, 2019.

/s/ Michael Siderius
Michael Siderius, of
SIDERIUS, LONERGAN & MARTIN, LLP
Attorney for Mountain America Credit Union
WSBA #25510

MOTION FOR RELIEF FROM STAY - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805