| | |
|---|---|
| Michael Siderius<br>SIDERIUS, LONERGAN & MARTIN, LLP<br>500 Union Street, Ste. 847<br>Seattle, WA 98101<br>(206) 624-2800 | Hon. Brian D. Lynch<br>Chapter 7<br>Noted: Wed., Jan 15, 2020<br>at 9:00 a.m.<br>Response date: 1/8/20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>GREGORY R. DUCHARME, KIMBERLY D. DUCHARME,<br><br>Debtors. | NO. 19-43703-BDL<br><br>DECLARATION OF KACEE ROBINSON IN SUPPORT OF SECURED CREDITOR MOUNTAIN AMERICA CREDIT UNION'S MOTION FOR RELIEF FROM STAY |

Kacee Robinson makes the following declaration:

1. I am a Bankruptcy Specialist for secured creditor Mountain America Credit Union and make this declaration based upon my personal knowledge.

2. On or about July 5, 2017, debtors, Greg and Kimberly Ducharme, executed a Retail Installment Sale Contract, copy attached hereto as Exhibit 1 and by this reference incorporated herein as if more fully set forth. By the terms of said agreement, debtor borrowed the principal sum of $39,814.17.

3. Mountain America Credit Union took a security interest in a 2018 Keystone Hideout RV automobile purchased by debtors. Said security interest was perfected by issuance of State of Washington Vehicle Certificate of Title, Title No. 1771065524, in favor of Mountain America Credit Union as legal owner, copy attached hereto as Exhibit 2 and by this reference incorporated herein as if more fully set forth.

4. Debtors have defaulted under the terms of their agreement with Mountain America Credit Union. The account is owing for August 2019. The current balance due

DECLARATION OF KACEE ROBINSON - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805

and owing is $37,396.06 through November 21, 2019, monthly payments are in the sum of $373.86. The current fair market value of the vehicle is approximately $27,600.00.

5. Mountain America Credit Union is entitled to an order lifting the stay allowing repossession and resale of the vehicle.

6. Mountain America Credit Union further requests an order waiving the provisions of BR 4001(a)(3) so that it may forthwith commence or continue repossession action through appropriate legal channels.

I declare under penalty of perjury under the laws of the States of Washington and Utah that the foregoing is true and correct.

SIGNED AT Sandy, Utah this 16th day of December, 2019.

*Kacee Robinson*
Kacee Robinson
Bankruptcy Specialist
Mountain America Credit Union

DECLARATION OF KACEE ROBINSON - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805